IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-833-GCM

| | |
|---|---|
| RONALD DANIELS,<br>　　　　　　Plaintiff,<br>　v.<br>GERDAU AMERISTEEL CORP.<br>　　　　　　Defendant. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Justin Lee Swidler,** filed December 18, 2012 [doc.# 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Swidler is admitted to appear before this court *pro hac vice* on behalf of plaintiff Ronald Daniels.

**IT IS SO ORDERED.**

Signed: December 28, 2012

Graham C. Mullen
United States District Judge