**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:12-CV-833-GCM**

|  |  |  |
|---|---|---|
| | ) | |
| **RONALD DANIELS,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **GERDAU AMERISTEEL CORP.** | ) | |
| **Defendant.** | ) | |
| | ) | |

 

       **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Justin Lee Swidler,** filed December 18, 2012 [doc.# 3].

       Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

       In accordance with Local Rule 83.1 (B), Mr. Swidler is admitted to appear before this court *pro hac vice* on behalf of plaintiff Ronald Daniels.

       **IT IS SO ORDERED.**

Signed: December 28, 2012

Graham C. Mullen
United States District Judge