# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12-CV-833-GCM

|  |  |  |
|---|---|---|
| **RONALD DANIELS,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GERDAU AMERISTEEL, CORP.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Emily D. Blaiss,** filed January 30, 2013 [doc.# 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Blaiss is admitted to appear before this court *pro hac vice* on behalf of defendant, Gerdau Ameristeel, Corp..

**IT IS SO ORDERED.**

Signed: February 4, 2013

Graham C. Mullen
United States District Judge