IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONALD DANIELS,<br><br>    Plaintiff,<br><br>vs.<br><br>GERDAU AMERISTEEL, CORPORATION,<br><br>    Defendant. | Civil Action No. 3:12-cv-00833<br><br>**ORDER GRANTING CONSENT MOTION TO MODIFY PRETRIAL ORDER AS TO EXPERT WITNESS REPORT DEADLINES** |

Upon finding good cause for the Parties' Consent Motion to Modify Pretrial Order as to Expert Witness Report Deadlines, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Plaintiff shall disclose his expert witness report on or before August 12, 2013, and Defendant shall disclose its expert witness report on or before August 15, 2013.

SO ORDERED this 22nd day of July, 2013.

_____
THE HONORABLE GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE