IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

RONALD DANIELS,

    Plaintiff,

vs.

GERDAU AMERISTEEL, CORPORATION,

    Defendant.

Civil Action No. 3:12-cv-00833

### ORDER GRANTING CONSENT MOTION TO AMEND THE PRETRIAL ORDER AND CASE MANAGEMENT PLAN

For good cause shown, the Parties' Consent Motion to Amend the Pretrial Order and Case Management Plan is GRANTED. The deadline for completion of all discovery is November 1, 2013. The deadline for dispositive motions is extended to December 2, 2013. The deadline for mediation is extended to November 1, 2013.

SO ORDERED this 26 day of August, 2013.

_____
GRAHAM C. MULLEN
UNITED STATES DISTRICT JUDGE

Firmwide:122574966.1 049423.1144