## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12-CV-833-GCM

|                              |   |           |
|------------------------------|---|-----------|
|                              | ) |           |
| **RONALD DANIELS,**          | ) |           |
| **Plaintiff,**               | ) |           |
| **v.**                       | ) | **ORDER** |
|                              | ) |           |
| **GERDAU AMERISTEEL, CORP.,**| ) |           |
| **Defendant.**               | ) |           |
|                              | ) |           |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Nicholas Dennis George,** filed October 1, 2013 [doc.# 21].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. George is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Ronald Daniels.

      **IT IS SO ORDERED.**

Signed: October 3, 2013

Graham C. Mullen
United States District Judge