IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-833-GCM

| RONALD DANIELS, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) ORDER |
| GERDAU AMERISTEEL CORP., | ) |
| Defendant. | ) |

This matter is before the Court pursuant to Plaintiff's letter dated November 7, 2013 requesting a judicial settlement conference pursuant to Local Rule 16.3(D)(1) before a judicial officer. Upon consideration of this unopposed request, it is hereby

**ORDERED** that the parties contact Judge David Keesler to schedule an appropriate time for a judicial settlement conference. It is further

**ORDERED** that all proceedings in this matter are stayed pending the result of that conference.

**SO ORDERED.**

Signed: November 12, 2013

Graham C. Mullen
United States District Judge