# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:12-CV-833-GCM

| | |
|---|---|
| RONALD DANIELS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GERDAU AMERISTEEL, CORP., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to the "Order" (Document No. 25) of the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at 9:30 a.m. on Thursday, December 12, 2013, in Courtroom #3 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #3 and its attached conference rooms.

**SO ORDERED**.

Signed: November 21, 2013

David C. Keesler
United States Magistrate Judge